ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL[1]

| | | |
|---|---|---|
| ORIENTAL BANK<br><br>Apelado<br><br>v.<br><br>SUCESIÓN DE VIRGINIA ACOSTA ESCOBAR; LUIS HERNÁNDEZ ACOSTA COMO SUCESOR DE VIRGINIA ACOSTA<br><br>Apelantes | KLAN202500157 | *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Caso Núm.: BY2023CV06881<br><br>Sobre: Ejecución de Hipoteca |

Panel integrado por su presidente, el Juez Rodríguez Casillas, el Juez Marrero Guerrero, el Juez Campos Pérez y el Juez Sánchez Báez

Sánchez Báez, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 25 de junio de 2025.

Atendida *la Moción Informativa de Desistimiento de Apelación,* presentada por la parte apelante el 6 de junio de 2025, así como la *Moción en Cumplimiento de Orden* presentada el 20 de junio de 2025 por Oriental Bank, el Tribunal dispone lo siguiente:

A la luz de lo informado por la parte apelante, Sr. Luis Hernández Acosta, sobre el acuerdo extrajudicial habido entre las partes, y tomando en consideración que Oriental Bank no tiene objeción en torno al desistimiento solicitado, se declara **con lugar** el desistimiento del recurso de apelación en virtud del referido acuerdo, sin imposición de costas, gastos y honorarios. Consecuentemente, se ordena el archivo definitivo de esta causa.

---

[1] Mediante la Orden Administrativa DJ 2024-062C emitida el 6 de mayo de 2025, se enmendó la constitución de los paneles del Tribunal de Apelaciones.

Número Identificador
RES2025_____

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones